# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 6, 2013

## NO. 03-12-00629-CV

**Michael Cargill, Appellant**

**v.**

**Jaime Adan Ballesteros, Constable, Precinct 2, Travis County, Texas;
David Escamilla, County Attorney, Travis County, Texas;
The Texas Democratic Party, and The Travis County Democratic Party, Appellees**

### APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN
### AFFIRMED -- OPINION BY JUSTICE PURYEAR

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the trial court's orders: **IT IS THEREFORE** considered, adjudged and ordered that the orders of the trial court are in all things affirmed. It **FURTHER** appearing to the Court that appellant has filed an affidavit of inability to pay costs, it is **FURTHER** ordered that no costs of appeal be assessed against appellant; and that this decision be certified below for observance.